UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BLB AVIATION SOUTH CAROLINA, LLC

VERSUS

JET LINX AVIATION CORPORATION
AND JAMIE WALKER

CIVIL ACTION

NO. 09-66-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated November 16, 2009. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendants' motion to dismiss or transfer is denied in part and granted in part, in that the motion to dismiss is denied, and the motion to transfer is granted, and this matter will be transferred to the United States District Court for the District of Nebraska.

Baton Rouge, Louisiana, January 29, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

District of NE